# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZURN INDUSTRIES, LLC, ) <br> as Successor in Interest to ) <br> Zurn Industries, Inc., ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> ALLSTATE INSURANCE COMPANY, ) <br> individually and as successor in interest ) <br> to Northbrook Excess and Surplus ) <br> Insurance Company (formerly ) <br> Northbrook Insurance Company), *et al.*, ) <br> ) <br>     Defendants. ) | Case No. 1:18-cv-299-SPB |

AND NOW, this 20th day of November, 2018, upon consideration of the pending motion filed by Zurn Industries, LLC for an Expedited Interim Funding Order (ECF No. [28]), and all filings related thereto,

IT IS HEREBY ORDERED, for the reasons set forth in the accompanying Memorandum Opinion, that said motion is DENIED without prejudice to be reasserted as a motion for summary judgment following an expedited period of discovery on the issue of exhaustion.

IT IS FURTHER ORDERED that Counsel for First State Insurance Company and New England Insurance Company (collectively, "Hartford") shall confer with Zurn's attorneys and shall thereafter submit to the Court, on or before December 11, 2018, a proposed plan for expedited discovery.

                       /s/ Susan Paradise Baxter
                       SUSAN PARADISE BAXTER
                       United States District Judge