IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ZURN INDUSTRIES, LLC, :
:
          Plaintiff, :
v. : Civil Action No.: 1:18-CV-299-SPB
:
ALLSTATE INSURANCE COMPANY, et al. :
:
          Defendants, :

## ORDER

**IT IS** on this __11th__ day of __October__, 2022, upon consideration of the Motion of American Home Assurance Company ("American Home") to Withdraw Without Prejudice Motion No. 416, and for good cause shown, hereby **ORDERED** that the Motion is **GRANTED**. American Home's Motion No. 416 shall be marked on the docket "Withdrawn Without Prejudice".

BY THE COURT:

_Susan Paradise Baxter_
Susan Paradise Baxter, U.S.D.J.