**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ZURN INDUSTRIES, LLC,<br>as Successor in Interest to<br>Zurn Industries, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 1:18-cv-299-SPB |
| ALLSTATE INSURANCE COMPANY,<br>individually and as successor in interest<br>to Northbrook Excess and Surplus<br>Insurance Company (formerly<br>Northbrook Insurance Company), *et al.*, | ) ) ) ) ) ) | |
| Defendants. | ) | |

**ORDER RE: MOTIONS at ECF Nos. 493, 496, and 533**

NOW, this 30th day of March, 2026, upon consideration of the motions for summary judgment filed at ECF Nos. 493, 496, and 533, and all filings related thereto,

IT IS ORDERED as follows, for the reasons set forth in the accompanying Memorandum Opinion:

1. The motion filed by Defendants First State Insurance Company and New England Insurance Company (collectively, "Hartford") at ECF No. [533] is DISMISSED as moot insofar as it relates to the non-cumulation provisions in the 1978 Northbrook Umbrella Policy and the 1979 Northbrook Excess Policy. In all other respects, the motion is DENIED.

2. The motion filed by Defendant Granite State Insurance Company at ECF No. [493] is DENIED.

1

3.  The motion filed by Plaintiff Zurn Industries, LLC at ECF No. [496] is GRANTED, as the Court has determined, and hereby declares, that the limits of the following two policies are not reduced by amounts due or payments made under other policies covering earlier policy years: (1) Policy No. NE 000057 issued by New England for the period April 1, 1984 to April 1, 1985 (the "New England Policy"); and (2) Policy No. 6485-6210 issued by Granite State for the period April 1, 1985 to April 1, 1986 ("Granite State 1985").

IT IS SO ORDERED.

Susan Paradise Baxter
United States District Judge